# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Sarah O'Dell**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:20-cv-00048-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2021 Order.

April 1, 2021

Frank G. Johns, Clerk
United States District Court